# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                        No. 4:09CR00322-04 JLH

SAMUEL RAY BLACK, JR.                                      DEFENDANT

## **ORDER**

Samuel Ray Black, Jr., has filed a motion for early termination of probation or modification of the conditions of probation. The Court directs the United States to file a response, after consulting with the probation office, on or before October 31, 2013.

IT IS SO ORDERED this 17th day of October, 2013.

 

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE